Dierdre Owens 008043
P.O. Box 180
Muncy, PA. 17756

February 15, 2006

FILED
'06 FEB 28 A10:39
CLERK
U.S. DISTRICT COURT

Hon. Susan Paradise Baxter
17 S. Park Row
Room A280
Erie, PA. 16501

    I am requesting an extension of time to respond to the letter of recommendation that my writ of Habeas Corpus be dismissed.

    Civil Action No. 04-309E
    Judge McLaughlin
    Chief Magistrate Judge Baxter

    Reasons for requesting time extension are I need the proper amount of time to obtain the proof to show that my filing was not untimely.

    Thank you for your time and consideration.

Sincerely,

Dierdre Owens