**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DIERDRE LEE OWENS, )
        Petitioner, )
                      ) Civil Action No. 04-309 Erie
    v. )
SHIRLEY MOORE, )
        Respondent. )

## MEMORANDUM ORDER

      This habeas corpus action was received by the Clerk of Court on October 19, 2004, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

      The Magistrate Judge's Report and Recommendation [Doc. No. 12], filed on February 9, 2006, recommended that Petitioner's Petition be dismissed as untimely and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondent. Petitioner was subsequently granted an extension until March 8, 2006 to file objections [Doc. No. 13]. No objections were filed. After <u>de novo</u> review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

      AND NOW, this 13th day of March, 2006;

      IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DISMISSED as untimely and a certificate of appealability is DENIED.

      The Report and Recommendation [Doc. No. 12] of Magistrate Judge Baxter, filed on February 9, 2006, is adopted as the opinion of the Court.

                                      s/   Sean J. McLaughlin
                                          United States District Judge

cm:   All parties of record
       Susan Paradise Baxter, U.S. Magistrate Judge