IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DIERDRE LEE OWENS,<br>    Petitioner,<br><br>Vs.<br><br>SHIRLEY MOORE,<br>    Respondent. | )<br>)<br>)<br>)   Civil Action No. 04-309 Erie<br>)<br>)<br>)<br>) |

**O R D E R**

AND NOW, to wit, this ___15th___ day of March, 2006, the Court having reviewed the Petitioner's correspondence filed March 14, 2006 which the Court construes as Objections to the Magistrate Judge's Report and Recommendation dated February 9, 2006

IT IS HEREBY ORDERED that this Court's previous Order dated March 13, 2006 adopting the Report and Recommendation of Magistrate Judge Susan Paradise Baxter is REAFFIRMED.

 S/Sean J. McLaughlin
Sean J. McLaughlin,
United States District Judge

cc: parties of record. nmk
    Magistrate Judge Baxter